IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
_____ :
                                :
MARGARET PALCKO                 :    CIVIL ACTION
                                :    NO: 02-2990
                                :
            Plaintiff,          :
                                :
        v.                      :
                                :
AIRBORNE EXPRESS, INC.          :
                                :
            Defendant.          :    JURY TRIAL DEMANDED
_____ :
```

### Motion of Defendant Airborne Express to Dismiss Plaintiff s Complaint

Defendant Airborne Express ("Airborne") respectfully moves the Court pursuant to Fed.R.Civ.P. 12(b)(2) and (5) to dismiss plaintiff's complaint for insufficiency of service of process and lack of personal jurisdiction.  The facts and the law in support of this Motion are set forth in the accompanying Memorandum of Law.

```
                              _____
                              Sharon M. Erwin
                              Law Offices
                                of Sharon M. Erwin, LLC
                              3130 W. Penn Street
                              Philadelphia, PA 19129-1016
                              (215) 438-8813
```

Dated: October 2, 2002