IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARGARET PALCKO, | : | CIVIL ACTION |
| | : | NO: 02-2990 |
| Plaintiff, | : | |
| v. | : | |
| AIRBORNE EXPRESS, INC. | : | |
| Defendant. | : | JURY TRIAL DEMANDED |

**PRAECIPE OF DEFENDANT AIRBORNE EXPRESS
TO SUBSTITUTE ORIGINAL AFFIDAVITS FOR COPIES**

TO THE CLERK OF THE COURT:

     Kindly substitute the attached original Affidavits of George DiMarco and Robert J. Zech, Jr. for the copies attached as Exhibits "C" and "D", respectively, to the Opposition of Defendant Airborne Express to Plaintiff's Renewed Motion to Enter Default Judgment in the above-captioned matter.

                                                        _____
                                                        Sharon M. Erwin

                                                        Attorney for defendant
                                                        Airborne Express

Dated: November 4, 2002

**CERTIFICATE OF SERVICE**

      I, Sharon M. Erwin, certify that I am causing a true and correct copy of the foregoing Praecipe of Defendant Airborne Express to Substitute Original Affidavits for Copies to be served by first class mail, postage prepaid, this 4th day of November, 2002, upon the following:

>David L. DaCosta, Esquire
>Joseph J. McAlee, Esquire
>Sprague & Sprague
>The Wellington Building
>135 S. 19th Street, Suite 400
>Philadelphia, PA 19103
>
>Attorneys for plaintiff

_____
Sharon M. Erwin

Dated: November 4, 2002