```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

_____
:
:
MARGARET PALCKO         :    CIVIL ACTION
:    NO: 02-2990
:
      Plaintiff,        :
:
   v.                   :
:
AIRBORNE EXPRESS, INC.  :
:
      Defendant.        :    JURY TRIAL DEMANDED
_____

## ORDER

AND NOW, this ____ day of _____, 2002, upon consideration of the Motion of Defendant Airborne Express to Dismiss, plaintiff's response thereto, Plaintiff's Renewed Motion for Entry of Default, defendant's Opposition to same and Motion to Compel Arbitration, plaintiff's Motion to Strike defendant's Opposition and defendant's Response thereto, it is hereby ORDERED and DECREED that the Motion to Dismiss Plaintiff's Complaint is GRANTED, and the Plaintiff's Renewed Motion for Entry of Default Judgment and Motion to Strike are DENIED.

Plaintiff is directed to pursue her claims in arbitration pursuant to the parties' Mutual Agreement to Arbitrate Claims.

                              BY THE COURT:


                              _____
                              Waldman, U.S.D.J.