IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARGARET PALCKO** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **AIRBORNE EXPRESS, INC.** | : | NO. 02-2990 |

<u>**O R D E R**</u>

**AND NOW,** this          day of January, 2003, **IT IS HEREBY ORDERED** that plaintiff's Motion for Leave to File Reply (Doc. #16) is **GRANTED;** plaintiff's Motion for Default Judgment (Doc. #9) and plaintiffs Motion to Strike Opposition of Defendant (Doc. #17) are **DENIED;** and, the default entered against defendant on July 2, 2002 is vacated.

                                            **BY THE COURT:**

                                            _____
                                            **JAY C. WALDMAN, J.**