IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARGARET PALCKO** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **AIRBORNE EXPRESS, INC.** | : | NO. 02-2990 |

### O R D E R

**AND NOW,** this          day of January, 2003, upon consideration of defendant's Motion to Dismiss (Doc. #7) and plaintiff's response thereto, as the Federal Rules of Civil Procedure provide for personal service pursuant to the law of the state in which the district court is located or in which service is effected, see Fed. R. Civ. P. 4(e)(1); as the law of Pennsylvania, in which the court is located and within which service was effected, allows for service of process on a corporation by leaving the complaint and summons with a "person for the time being in charge of any regular place of business or activity of the corporation," Pa. R. Civ. P. 424; as plaintiff has shown that service was made upon Daniel McTague, a supervisor identified by a receptionist and by himself as the person then in charge of defendant's Philadelphia terminal; and, as such service comports with the requirements of Pennsylvania law, see Grand Entertainment Group, Ltd. v. Star Media Sales, Inc., 988 F.2d 476, 485-86 (3d Cir. 1993); Cintas Corp. v. Lee's Cleaning Services, Inc., 700 A.2d 715, 720 (Pa. 1997), **IT IS HEREBY ORDERED** that said Motion is **DENIED.**

                                                BY THE COURT:


                                                _____
                                                **JAY C. WALDMAN, J.**