IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARGARET PALCKO** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **AIRBORNE EXPRESS, INC.** | : | NO. 02-2990 |

## O R D E R

**AND NOW,** this          day of April, 2003, upon consideration of defendant's Motion to Compel Arbitration (Doc. #12) and plaintiff's response thereto, consistent with the accompanying memorandum, **IT IS HEREBY ORDERED** that said Motion is **DENIED.**

BY THE COURT:

_____
**THOMAS N. O'NEILL, JR., J.**