IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARGARET PALCKO | : | CIVIL ACTION |
| v. | : | |
| AIRBORNE EXPRESS, INC. | : | NO.  02-2990 |

O R D E R

AND NOW, this 24th day of April, 2003, it is ORDERED that plaintiff's motion for leave to file the attached supplemental memorandum of law in opposition to defendant's motion to compel arbitration and defendant's motion to protective order and stay of proceedings is DENIED as moot.

_____

THOMAS N. O'NEILL, JR.,     J.