IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____
:
:
MARGARET PALCKO                :    CIVIL ACTION
:    NO: 02-2990
:
         Plaintiff,            :
:
     v.                        :
:
AIRBORNE EXPRESS, INC.         :
:
         Defendant.            :
_____

## NOTICE OF APPEAL

Notice is hereby given that Airborne Express, defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from an Order denying defendant's Motion to Compel Arbitration, entered in this action on the 24th day of April, 2003.

_____
Sharon M. Erwin
Attorney I.D. No. 35143
Law Offices
  of Sharon M. Erwin, LLC
3130 W. Penn Street
Philadelphia, PA 19129-1016
(215) 438-8813

Attorney for defendant
Airborne Express

Dated: April 28, 2003