IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**Margaret Palcko**

**02-2990**
District Court Docket Number

**vs.**

**Airborne Express, Inc.**

Notice of Appeal Filed <u>4/28/03</u>
Court Reporter(s)/ESR Operator(s)

Filing Fee:
      Notice of Appeal **X** Paid __Not Paid __Seaman
      Docket Fee    **X** Paid __Not Paid __USA/VI

CJA Appointment (Attach Copy of Order)

__Private Attorney
__Defender Association or Federal Public Defender
__Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__Motion Granted
__Motion Denied
__Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__Granted
__Denied
__Pending

Defendant's Address (for criminal appeals)

Prepared by :_____
**Frank Del Campo**
Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm