IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARGARET PALCKO | : | CIVIL ACTION |
| v. | : | |
| AIRBORNE EXPRESS, INC. | : | NO. 02-2990 |

O R D E R

   AND NOW, this  day of May, 2003, plaintiff's motion to compel is DENIED without prejudice to its renewal, if appropriate, after disposition of the pending appeal by the Court of Appeals. For the benefit of plaintiff's counsel I note that his motion did not attach a supporting brief as required by Local Rule 7.1(c). Failure to conform to the Rule is not, however, a basis for my disposition of this motion.

                    THOMAS N. O'NEILL, JR.,  J.